IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>JERRY LOPEZ,<br><br>                  Defendant. | **8:17CR102**<br><br>**ORDER** |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [26]. Counsel is attempting to resolve this matter short of trial, but needs some Spanish emails/posts interpreted prior to a plea offer being finalized. Defendant has complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [26] is granted as follows:

1. The jury trial, now set for September 26, 2017 is continued to **October 31, 2017**.

2. The defendant has filed an affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 31, 2017,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 25th day of September, 2017.

                                              BY THE COURT:

                                              s/Susan M. Bazis
                                              United States Magistrate Judge