IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:17CR102** |
| vs. | | |
| JERRY LOPEZ | | **ORDER** |
| Defendant. | | |

This matter is before the court on the Defendant's Unopposed Motion to Continue Trial [34]. Counsel is seeking additional time to communicate with the defendant who is detained in the Nebraska Department of Correctional Services. For good cause shown,

**IT IS ORDERED** that the Defendant's Unopposed Motion to Continue Trial [34] is granted as follows:

1. The jury trial, now set for February 27, 2018, is continued to **May 1, 2018**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 1, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 22nd day of February, 2018.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge