IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17CR102 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JERRY LOPEZ | |
| Defendant. | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [36]. The parties have been negotiating in good faith to resolve this matter short of trial. Additional time is needed to review and discuss the plea offer with the defendant. For good cause shown,

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [36] is granted as follows:

1. The jury trial, now set for May 1, 2018, is continued to **July 3, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 3, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 26th day of April, 2018.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge