IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JERRY LOPEZ,<br><br>           Defendant. | 8:17CR102<br><br>**ORDER** |

      This matter is before the court on the motion of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Jerry Lopez. (Filing No. 83). Julie B. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Julie B. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 83) is granted.

      Joseph L. Howard, 1403 Farnam Street, Suite 232, Omaha, NE 68102, (402) 884-7044, is appointed to represent Jerry Lopez for the balance of these proceedings pursuant to the Criminal Justice Act. Julie B. Hansen shall forthwith provide Joseph L. Howard with the discovery materials provided the defendant by the government and such other materials obtained by Julie B. Hansen which are material to Jerry Lopez's defense.

      The clerk shall provide a copy of this order to Joseph L. Howard and the defendant.

**IT IS SO ORDERED.**

Dated this 30th day of August, 2023.

                                                                         BY THE COURT:

                                                                         s/ Susan M. Bazis
                                                                         United States Magistrate Judge